**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| HENRIK PAPIKYAN, | Case No. EDCV 26-1824-SB (AS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| FERETI SEMAIA, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the Petition is GRANTED.  Respondents are enjoined from continuing to detain Petitioner unless he is provided with a new bond hearing within seven (7) days at which the government bears the burden to prove by clear and convincing evidence that Petitioner poses a risk of flight or danger to the community.

DATED: May 22, 2026

_____
STANLEY BLUMENFELD JR.
UNITED STATES DISTRICT